## DECLARATION OF KEM WARREN

I, Kem Warren, hereby declare, as follows:

1. I am a citizen and resident of the Commonwealth of Kentucky and live at 140 Green Acres Lane, Bimble, Kentucky 40935.

2. I am the owner of K&J's Grab 'n Bag ("K&J"), a grocery store located at 7903 West Highway 221 in Stoney Fork. K&J's has been open for business since February 2014.

3. On November 18, 2013, prior to opening K&J's, I was pulled over by a police officer because my rear license plate was allegedly not illuminated. I received a citation for that alleged offense, for not wearing a seat belt, for possession of under ¼ ounce of marijuana and for possessing rolling papers.

4. At my court hearing on January 7, 2014, I was not represented by an attorney. After talking with the prosecutor, I pled guilty to the minor marijuana possession charge. I did so because I would only receive a $50 fine, plus court courts, which was less than the fine would have been for the other alleged offenses.

5. Neither my citation nor my misdemeanor marijuana conviction related to any alcohol, tobacco, controlled substance, firearms and/or gaming licenses.

6. At no time, have I ever possessed a controlled substance license.

7. Shortly after pleading guilty, I opened K&J's and sought to obtain authorization from FNS as a SNAP vendor.

8. On March 14, 2014, FNS permanently denied my SNAP application. FNS's permanent denial was based upon my misdemeanor marijuana conviction.

9. Although I timely appealed that determination to FNS's Administrative Review Branch, my appeal was denied on May 5, 2014. The basis for the denial of my appeal was because FNS concluded that I lacked business integrity to be a food stamp vendor as a result of my misdemeanor marijuana conviction.

10. I am sustaining serious economic hardship as a result of FNS's permanent denial of my SNAP application. Almost all of my customers are SNAP beneficiaries and they have been forced to shop elsewhere as a result of FNS's denial of my application. Bell County has one of the highest food insecurity rates in Kentucky and the nation. Over ¾ of Bell County's residents have incomes which make them eligible for SNAP and certain other federal nutrition assistance programs and another 15% are eligible for WIC and reduced price school meals.


EXHIBIT A

11. As a result of the permanent withdrawal of my SNAP vendor authorization, my customers frequently travel to Harlan or Pineville to use their food stamps at a similarly sized grocery. This will cost my customers considerable time and money in order to use their food stamps as it takes more than 30 minutes to get to Pineville or Harlan on our windy, rural roads.

12. I believe that I have the business integrity to be a SNAP vendor and to provide a needed service to my extremely impoverished community. I do not believe that my misdemeanor conviction -- which was unrelated to my store, the food stamp program or any controlled substance license -- reflects my business integrity or business honesty. It also will not have any impact on my ability to comply with all food stamp program rules and regulations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 17, 2014, at Stoney Fork, Kentucky.

*Kem Warren*
Kem Warren